# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Judith A Lanier |
| **Case Number:** | 05-14040-FJO-7A    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, MARCH 06, 2007 10:00 AM   IP 329 |
| **Bankruptcy Judge:** | FRANK J. OTTE |
| **Courtroom Clerk:** | CATHY FORD |
| **Reporter / ECR:** | KENDRA CONGLETON |

### Matter:

Hearing on Trustee's Objection to Claim of Doug Hammerling and Creditor's Response thereto [38, 42]

**R / M #:**   38 / 0

### Appearances:

Joseph W Hammes, TRUSTEE
Deborah K Smith, ATTORNEY FOR Judith A Lanier
Doug Hammerling, CREDITOR

### Proceedings:

HEARING HELD; DISPOSITION:  Creditor's response withdraw in open court.


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**