SO ORDERED: March 19, 2007.

_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| LANIER, JUDITH A. ) | CASE NO. 05-14040-FJO-7A |
| ) | |
| Debtor. ) | |

### ORDER ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM

THIS MATTER came before the Court upon the Trustee's Objection to Proof of Claim (hereinafter, the "Trustee's Objection"), filed by Joseph W. Hammes, and the written response (hereinafter the "Claimant's Response") filed by Douglas Hammerling.

AND THE COURT being duly advised set this matter for hearing on March 6, 2007 at which time the debtor appeared in person and by counsel, Mr. Hammerling appeared in person and the trustee appeared. At the hearing Mr. Hammerling informed

the Court that he is withdrawing his Claimant's Response.  No other timely protest or objection has been filed, and the Trustee's Objection should be sustained.  Accordingly it is.

THEREFORE IT IS ORDERED that the Trustee's Objection is sustained, as filed, and the claim is disallowed, modified and/or reduced as set forth in Trustee's Objection.

### 

Joseph W. Hammes
Trustee
TABBERT HAHN EARNEST & WEDDLE, LLP
One Indiana Square, Suite 1900
Indianapolis, IN 46204-2032
Ph: 317/639-5444  Fax: 317/639-5232
chris@tabberthahn.com